IN RE RESIGNATION OF LAUTZENHEISER.

[Cite as In re Resignation of Lautzenheiser (1991), 59 Ohio St. 3d 602.]

(No. 91-510—Submitted April 9, 1991—Decided April 17, 1991.)

The resignation of Patricia Lautzenheiser as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF SHEARD.

[Cite as In re Resignation of Sheard (1991), 59 Ohio St. 3d 602.]

(No. 91-596—Submitted April 9, 1991—Decided April 17, 1991.)

The resignation of Gilbert A. Sheard as an attorney is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

PENROD, APPELLEE, v. PROSECUTING ATTORNEY OF SCIOTO COUNTY, APPELLANT.

[Cite as Penrod v. Scioto Cty. Pros. Atty. (1991), 59 Ohio St. 3d 602.]

(No. 90-999—Submitted March 12, 1991—Decided April 24, 1991.)

*Charles E. Smith* and *James Scott Smith,* for appellee.

*Lynn A. Grimshaw,* prosecuting attorney, and *R. Randolph Rumble,* for appellant.

*David L. Landefeld,* urging reversal for *amicus curiae,* Ohio Prosecuting Attorneys Association.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

MOYER, C.J., dissents.

MOYER, C.J., dissenting. I would affirm the judgment of the court of appeals for the reasons stated in that court's opinion rendered on April 3, 1990.